**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

CALVIN J. DAVIS, ADC #87345                                                           PLAINTIFF

v.                                       No. 5:12CV00129 JLH-JJV

ROBERT FREADS, Jail Administrator,
Arkansas County Detention Center                                                      DEFENDANT

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.  Dismissal of this action constitutes a "strike" for the purposes of 28 U.S.C. § 1915(g).  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 2nd day of July, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE